**NOT FOR PUBLICATION**

FEB 26 2014

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ENGILBERTO LOPEZ, | No. 13-70376 |
| Petitioner, | Agency No. A090-340-299 |
| v. |  |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. |  |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 18, 2014**

Before:     ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Engilberto Lopez, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from the decision of an immigration judge ("IJ") denying Lopez's application for cancellation of removal.  We dismiss the petition for review.

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the agency's determination that Lopez did not merit cancellation of removal in the exercise of discretion. *See Bermudez v. Holder*, 586 F.3d 1167, 1169 (9th Cir. 2009) (per curiam).

Lopez's contentions that he qualifies for cancellation of removal, that his removal will cause him to suffer extreme hardship, and that the agency did not carefully review his cancellation application are not colorable questions of law that would invoke our jurisdiction. *Id.* ("'[A]ny challenge of an [IJ's] discretionary determination must present a colorable claim' in order for this court to exercise jurisdiction." (citation omitted)).

**PETITION FOR REVIEW DISMISSED.**